UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-23368-FAM

SECURITIES AND EXCHANGE COMMISSION,            )
                                                )
                 Plaintiff,                         )
                                                )
v.                                              )
                                                )
LYNETTE M. ROBBINS and                          )
KNOWLES SYSTEMS INC.,                           )
                                                )
                 Defendants.                        )
_____)

**PLAINTIFF'S NOTICE OF FILING CONSENTS OF DEFENDANTS,
LYNETTE M. ROBBINS AND KNOWLES SYSTEMS INC. AND
<u>REQUEST FOR ENTRY OF FINAL JUDGMENTS</u>**

      Plaintiff Securities and Exchange Commission hereby files the attached signed Consents of Defendants Lynette M. Robbins and Knowles Systems Inc. to Final Judgments and respectfully requests entry of the attached proposed Final Judgments. Entry of these Final Judgments will resolve this matter in its entirety.

August 20, 2018                                 Respectfully submitted,

                 By:     <u>/s/ Russell Koonin & Christine Nestor</u>
                         Russell Koonin & Christine Nestor
                         Senior Trial Counsel
                         kooninr@sec.gov; nestorc@sec.gov
                         FL Bar No.: 474479; FL Bar No. 597211
                         Telephone: (305) 982-6385; (305) 982-6367

                         <u>/s/ Scott Lowry</u>
                         Scott Lowry
                         Senior Counsel
                         lowrys@sec.gov
                         Special Bar ID # A5502400
                         Telephone: (305) 982-6387

        Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2018, the foregoing document was filed electronically with the Clerk of Court using CM/ECF.

/s/ *Russell Koonin*
Russell Koonin

## SERVICE LIST

*Securities and Exchange Commissio v. Robbins et al.*
Case No. 18-cv-23368-FAM
United States District Court, Southern District of Florida

Via Email and U.S. Mail
Gary S. Betensky
Richman Greer
One Clearlake Centre, Suite 1504
250 Australian Avenue South
West Palm Beach, FL 33401
gbetensky@richmangreer.co,
*Attorney for Defendant, Lynette M. Robbins*

Via Email and U.S. Mail
R. Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
111 North Magnolia Ave., Suite 1400
Orlando, FL 32801
rshuker@lseblaw.com
*Attorney for Defendant, Knowles Systems Inc.*